# CIVIL MINUTES – GENERAL

Case No. **5:19-cv-02250 VBF (AFM)**     Date: **December 20, 2019**

Title    **Navjodh Singh v. Thomas Giles, etc., et al.**

---

Present: The Honorable:     ALEXANDER F. MacKINNON, U.S. Magistrate Judge

| Ilene Bernal | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondents: |
|---|---|
| N/A | N/A |

**Proceedings (In Chambers): Order of Dismissal**

      The parties have stipulated to the dismissal of the Petition for Writ of Habeas Corpus pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 8.) Accordingly, IT IS ORDERED that this action is dismissed in its entirety, each side to bear its own costs, fees, and expenses. All dates and deadlines are vacated.

**Initials of Preparer**    : ib